**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**
**KANSAS CITY DIVISION**

| | |
|---|---|
| **DARRELL LAMKER,** on behalf of himself and all others similarly situated,<br>Plaintiff,<br><br>v.<br><br>**YELLOW CORPORATION,**<br>Defendant. | **Case No. 2:26-cv-02404-HLT-GEB** |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Darrell Lamker ("Plaintiff"), individually and on behalf of the putative class, by and through undersigned counsel, hereby gives notice of the voluntary dismissal of this action against Defendant Yellow Corporation, without prejudice.

Defendant has not served an answer to Plaintiff's Complaint or a motion for summary judgment, and no class has been certified in this action. Accordingly, this dismissal is effective automatically upon filing of this Notice, without an order of the Court, pursuant to Rule 41(a)(1)(A)(i) and Rule 23(e).

Each party shall bear its own attorneys' fees and costs.

Dated: September 3, 2026

Respectfully submitted,

By: /s/ Maureen M. Brady
Maureen M. Brady (KS#22460)
**McSHANE & BRADY, LLC**
4006 Central Street
Kansas City, MO 64111
T: (816) 888-8010
F: (816) 332-6295
mbrady@mcshanebradylaw.com

*Attorney for Plaintiff and Proposed Class*